**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| |
|---|
| In re:<br><br>North Pointe Holdings (BVI) Ltd. (in Liquidation) *et al.*,<br><br>      Debtors in Foreign Proceedings. |

Chapter 15

Case No. 18-24659-AJC

Jointly Administered

<u>**MOTION TO APPEAR PRO HAC VICE**</u>

<u>**Motion and Affidavit of Local Counsel**</u>

    I, Eduardo F. Rodriguez ("**Movant**"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Leah Fiorenza McNeill ("**Visiting Attorney**"), an attorney admitted to practice and currently in good standing as a member of the Bar of the State of Georgia, the United States District Court for the Northern District of Georgia, and the United States District Court for the Middle District of Georgia, and qualified to practice in this Court, who proposes to act as counsel for Michael Pearson, Anna Silver, Andrew Childe, and Stephen Briscoe, solely in their capacity as liquidators and foreign representatives ("**Clients**") in the above captioned case, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

    I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Clients and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear *Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

*[Signature Page to Follow]*

Respectfully submitted,

Dated: May 18, 2022

EFR LAW FIRM

1 Alhambra Plaza, Suite 1225
Coral Gables, Florida 33134
Office: (305)340-0034
Mobile: (305)978-9340
eddie@efrlawfirm.com
www.efrlawfirm.com
Florida Bar No. 36423

By:  /s/ Eduardo F. Rodriguez

**Affidavit of Proposed Visiting Attorney**

I, Leah Fiorenza McNeill, am a member in good standing of the bar in the State of Georgia. I am a member in good standing of the bar of the United States District Court for the Northern District of Georgia and the United States District Court for the Middle District of Georgia but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Michael Pearson, Anna Silver, Andrew Childe, and Stephen Briscoe, solely in their capacity as liquidators and foreign representatives ("**Clients**"). I designate Eduardo F. Rodriguez ("**Local Counsel**"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear *Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: May 18, 2022.

> Leah Fiorenza McNeill
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> (404) 881-7000
> leah.mcneill@alston.com
> Georgia Bar No. 940554
>
> By: /s/ *Leah Fiorenza McNeill*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served upon on all parties who are scheduled to receive notice through the Court's ECF on May 18, 2022.

EFR LAW FIRM

/s/ Eduardo F. Rodriguez
Eduardo F. Rodriguez (Florida Bar No. 36423)
1 Alhambra Plaza, Suite 1225
Coral Gables, Florida 33134
(305) 340-0034 (Telephone)