## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>North Pointe Holdings (BVI) Ltd. (in Liquidation), *et al.*,<br><br>Debtors in Foreign Proceedings.[1] | Chapter 15<br><br>Case No. 18-24659-SMG<br><br>Jointly Administered |

## MOTION TO OBTAIN LEAVE OF COURT FOR MICHAEL PEARSON TO TESTIFY REMOTELY VIA VIDEO CONFERENCING AT HEARING FOR ORDER APPROVING COMPROMISE AND SETTLEMENT WITH DEUTSCHE BANK

The Joint Official Liquidators (in their capacity as Foreign Representatives) (the "***Liquidators***") for the above-captioned Chapter 15 Debtors, and pursuant to Federal Rule of Bankruptcy Procedure 9017, file this *Motion to Obtain Leave for Michael Pearson to Testify Remotely Via Video Conference at the Hearing for Order Approving Compromise and Settlement with Deutsche Bank* (the "***Motion***"), and in support thereof states the following:

1.      At a hearing on February 29, 2024 at 2:00 pm ET (the "***Hearing***"), the Liquidators seek approval of the Settlement Agreement pursuant to Bankruptcy Rule 9019 and principles of international comity.  *See* Motion of the Joint Official Liquidators (in Their Capacity as Foreign Representatives) for Order Approving Compromise and Settlement with

---

[1] The "***Chapter 15 Debtors***" are (i) Diversified Real Estate Development Ltd. (in Official Liquidation); (ii) GMS Global Market Step Up Note Ltd. (in Official Liquidation); (iii) Preferred Income Collateralized Interest Ltd. (in Official Liquidation); (iv) Sentinel Investment Fund SPC (in Official Liquidation); (v) SG Strategic Income Ltd. (in Official Liquidation); (vi) Sports Aficionados Ltd. (in Official Liquidation); (vii) Vanguardia Group Inc. (in Official Liquidation); (viii) Vanguardia Holdings Ltd. (in Liquidation); (ix) Spyglass Investment Management Ltd. (in Liquidation); (x) North Pointe Holdings (BVI) Ltd. (in Liquidation); (xi) Biscayne Capital Holdings Limited (in Creditor Voluntary Liquidation); and (xii) Biscayne Capital (B.V.I.) Ltd. (in Liquidation).  In addition to the Chapter 15 Debtors, Sentinel Mandate & Escrow Ltd. ("***SME***") is a party to and a releasor under the Settlement Agreement described in this Motion.  SME is not a Chapter 15 Debtor, and the Liquidators are not seeking relief related to SME in this Motion.

Deutsche Bank [D.E. 262] (the "***Settlement Motion***").  The Settlement Agreement is the culmination of a multi-year investigation into Deutsche Bank's activities related to the Biscayne Capital Scheme, as well as more than two years of litigation, including a trial by jury, and multiple months of settlement negotiations after the parties filed appeals with the United States Court of Appeals for the Eleventh Circuit.

2.     Michael Pearson, along with his colleagues Andrew Childe and Anna Silver, was appointed as liquidator of each of the Chapter 15 Debtors by the Cayman Court in early 2018.

3.     The deadline to object to the relief requested in the Settlement Motion was February 26, 2024 at 4:30 pm ET.  No objections were filed.  Since the Hearing is uncontested, Mr. Pearson requests to testify at the Hearing remotely to conserve estate resources.  By testifying remotely, we will save the estate from paying his airfare and lodging.

4.     Additionally, in preparation for the hearing, the Liquidators filed the *Declaration of Michael Pearson in Support of the Motion of the Joint Official Liquidators (in Their Capacity as Foreign Representatives) for Order Approving Compromise and Settlement with Deutsche Bank* [D.E. 267] (the "***Declaration***").  Counsel for the Liquidators intend to rely on this Declaration for Mr. Pearson's direct testimony but would like Mr. Pearson to be available remotely for any additional questions from the Court.

5.     Mr. Pearson lives in George Town, Grand Cayman, Cayman Islands.

6.     Mr. Pearson will appear from his office in George Town.  There will be no other person in his office while he testifies.  Mr. Pearson will have the Settlement Agreement and his Declaration with him in his office during his testimony but no other documents.

LEGAL02/44138201v1

7.      Wherefore, the Liquidators respectfully request the Court approve the Proposed

Order, attached hereto as **Exhibit A**.

Respectfully submitted this 26 day of February 2024.

**EFR LAW FIRM**

*/s/ Eduardo F. Rodriguez*
Eduardo F. Rodriguez
(Florida Bar No. 36423)
800 S. Douglas Road, Suite 350
Coral Gables, Florida 33134
(305) 340-0034 (Telephone)

and

**ALSTON & BIRD LLP**

William Sugden
(*Admitted pro hac vice*)
Leah Fiorenza McNeill
(*Admitted pro hac vice*)
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (Telephone)

*Attorneys for the Joint Official Liquidators (in their capacity as Foreign Representatives)*

# **EXHIBIT A**

**[Proposed Order]**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

North Pointe Holdings (BVI) Ltd. (in
Liquidation), *et al.*,

Debtors in Foreign Proceedings.[2]

Chapter 15

Case No. 18-24659-SMG

Jointly Administered

**ORDER GRANTING MOTION TO OBTAIN LEAVE OF COURT FOR**
**MICHAEL PEARSON TO TESTIFY REMOTELY VIA VIDEO CONFERENCE**
**AT THE HEARING TO APPROVE THE SETTLEMENT MOTION**

THIS CAUSE came before the Court on the Liquidators *Motion to Obtain Leave*

*of Court for Michael Pearson to Testify Remotely Via Video Conference at Trial* [D.E. ___] (the

"***Motion***").

---

[2] The "***Chapter 15 Debtors***" are (i) Diversified Real Estate Development Ltd. (in Official Liquidation); (ii) GMS Global Market Step Up Note Ltd. (in Official Liquidation); (iii) Preferred Income Collateralized Interest Ltd. (in Official Liquidation); (iv) Sentinel Investment Fund SPC (in Official Liquidation); (v) SG Strategic Income Ltd. (in Official Liquidation); (vi) Sports Aficionados Ltd. (in Official Liquidation); (vii) Vanguardia Group Inc. (in Official Liquidation); (viii) Vanguardia Holdings Ltd. (in Liquidation); (ix) Spyglass Investment Management Ltd. (in Liquidation); (x) North Pointe Holdings (BVI) Ltd. (in Liquidation); (xi) Biscayne Capital Holdings Limited (in Creditor Voluntary Liquidation); and (xii) Biscayne Capital (B.V.I.) Ltd. (in Liquidation).  In addition to the Chapter 15 Debtors, Sentinel Mandate & Escrow Ltd. ("***SME***") is a party to and a releasor under the Settlement Agreement described in this Motion.  SME is not a Chapter 15 Debtor, and the Liquidators are not seeking relief related to SME in this Motion.

THIS COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that for good cause shown, the Motion is **GRANTED**.

###

Submitted by:

**EFR LAW FIRM**

*/s/  Eduardo F. Rodriguez*
Eduardo F. Rodriguez
(Florida Bar No. 36423)
800 S. Douglas Road, Suite 350
Coral Gables, Florida 33134
(305) 340-0034 (Telephone)

and

**ALSTON & BIRD LLP**

William Sugden
(*Admitted pro hac vice*)
Leah Fiorenza McNeill
(*Admitted pro hac vice*)
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (Telephone)

*Attorneys for the Joint Official Liquidators*
*(in their capacity as Foreign Representatives)*